

**JS-6**

FILED
CLERK, U.S. DISTRICT COURT

3/30/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ARNOLD, an individual,<br><br>PLAINTIFF,<br><br>vs.<br><br>TIME WARNER CABLE CONNECT YOUR HOME, INC.; DIVERSIFIED CONSULTANTS, INC.; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02263 PSG –(FFM)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT DIVERSIFIED CONSULTANTS INC. AND ALL OTHER DEFENDANTS** |

Plaintiff Matthew Arnold and defendant Diversified Consultants Inc. have filed a joint stipulation for an Order dismissing with prejudice Defendant, Diversified Consultants Inc. Having considered the joint stipulation, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by plaintiff Matthew Arnold against defendant Diversified Consultants Inc. are in all respects dismissed with prejudice to the refiling of the same, with court costs to be paid by the party incurring same.

1

Order of Dismissal

It is further ORDERED that all remaining Defendants be dismissed.

Dated: March 30, 2018

_____
Hon. Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE